**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00397-CV

**BARBARA SIPRIANO, Appellant**

**V.**

**REGIONAL FINANCE CORPORATION OF TEXAS AND ABEL GARCIA, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-02841-D**

## ORDER

We **GRANT** appellees' August 28, 2015 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than October 15, 2015.


/s/     CRAIG STODDART
            JUSTICE